# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA K. GASCON

VERSUS

ALBERT RHEA, PRINCIPLE
MERCHANTS LEASING, LTD.,
PRIMORIS ENERGY SERVICES
CORPORATION, PRIMORIS
SERVICES CORPORATION, JAMES
CONSTRUCTION GROUP, LLC,
HARTFORD FIRE INSURANCE
COMPANY, AND XYZ INSURANCE
COMPANY

NO.   2025 CW 1315

APRIL 8, 2026

---

In Re:   Linda K. Gascon, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         722064.

---

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

WRIT DENIED.

                    MRT
                    KEB
                    BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.